| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Zolkin - Bar #155410<br>James R. Selth - Bar #123420<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor, RONALD E. SWEENEY | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>RONALD E. SWEENEY,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:24-bk-10954-RC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): MOTION IN AN INDIVIDUAL CASE FOR ORDER CONTINUING THE AUTOMATIC STAY |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY

was lodged on (*date*) 09/10/2024  and is attached. This order relates to the motion which is docket number 11 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

# LODGED ORDER

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>David B. Zolkin - Bar #155410<br>James R. Selth - Bar #123420<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Debtor, RONALD E. SWEENEY | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br><br>RONALD E. SWEENEY<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 9:24-bk-10954-RC<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ☒ GRANTING   ☐ DENYING<br>MOTION FOR ORDER IMPOSING A STAY OR<br>CONTINUING THE AUTOMATIC STAY** |
| | ☐ No hearing held<br>☒ Hearing held<br><br>DATE:           September 10, 2024<br>TIME:           9:00 a.m.<br>COURTROOM:  201<br>ADDRESS:     1415 State Street<br>                     Santa Barbara, CA 93101 |

**Movant** *(name)*: Debtor, RONALD E. SWEENEY

1. The Motion was:     ☒ Opposed        ☐ Unopposed       ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

       *Vehicle identification number:*
       *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 1                             **F 4001-1.IMPOSE.STAY.ORDER**

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*    31532 Victoria Point Rd.
    *Unit Number:*
    *City, State, Zip Code:* Malibu, CA 90265

    Legal description or document recording number *(including county of recording)*:

    APN 4470-017-030; Deed of Trust recorded in Los Angeles County - Doc No. 20131404530

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ This case was filed in good faith.
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☒ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☒ Additional provisions:

   a. This Order is conditioned upon Debtor providing Secured Creditor Sotheby's Financial Services California, Inc. ("Sotheby's") access to inspect the paintings constituting its collateral on or before September 17, 2024.

   b. Should Debtor fail to comply with Section 6(a) of this Order, Sotheby's may on September 18, 2024 serve on all creditors and file a Motion to Dismiss this bankruptcy case, which will be heard on shortened notice on September 24, 2024 at 1:00 p.m. Any Opposition to the Motion to Dismiss may be made orally at the hearing.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 2    F 4001-1.IMPOSE.STAY.ORDER

7. ☐ The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:

- a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
- b. ☐ Unexcused non-appearance by Movant
- c. ☐ Lack of proper service
- d. ☐ Lack of good cause shown
- e. ☐ Other (*specify*):

# # #

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018* | Page 3 | **F 4001-1.IMPOSE.STAY.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/10/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Brian David Fittipaldi    brian.fittipaldi@usdoj.gov    United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
   James R Selth    jselth@wztslaw.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com
   Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
   David B Zolkin    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __09/10/2024__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
   E-mail delivery to Kevin J. Etzel, Attorney for Sotheby's Financial Services California, Inc.; ketzel@vedderprice.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/10/2024 | Martha Araki | /s/ Martha Araki |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT