1    David B. Zolkin (State Bar No. 155410)
     dzolkin@wztslaw.com
2    WEINTRAUB ZOLKIN TALERICO & SELTH LLP
3    11766 Wilshire Boulevard, Suite 730
     Los Angeles, CA 90025
4    Telephone: (310) 207-1494
     Email: dzolkin@wztslaw.com
5
6    Proposed Attorneys for Debtor,
     RONALD E. SWEENEY
7

8

9              **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

11

12   In re:                              Case No. 9:24-bk-10954-RC

13   RONALD E. SWEENEY,                  Chapter 11

14              Debtor and Debtor In     **DEBTOR'S CHAPTER 11 STATUS**
                Possession.              **CONFERENCE REPORT;**
15                                       **DECLARATION OF RONALD E.**
                                         **SWEENEY IN SUPPORT THEREOF**
16

17                                       Hearing:

18                                       Date:        October 9, 2024
                                         Time:        1:00 p.m. (PST)
19                                       Courtroom:   201
20                                                    1415 State Street
                                                      Santa Barbara, CA 93101-2511
21

22                                       Judge:  Hon. Ronald A. Clifford III

23

24

25

26

27

28

---

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE; SECURED CREDITORS; THE TWENTY LARGEST UNSECURED CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:**

RONALD E. SWEENEY, the Chapter 11 Debtor and Debtor in Possession ("Mr. Sweeney" or the "Debtor"), in the pending Chapter 11 bankruptcy case identified as *In Re Ronald E. Sweeney* (the "Bankruptcy Case"), hereby submits his Chapter 11 Status Conference Report ("Status Report") pursuant to the *Amended Order Setting Initial Case Status Conference*, dated August 22, 2024 [Doc. No. 6].

## RESPONSES TO STATUS CONFERENCE ORDER QUESTIONS

### A.  DESCRIPTION OF THE DEBTOR

Ronald E. Sweeney (the "Debtor" or "Mr. Sweeney") is a 70 year old entertainment attorney and personal manager (primarily for major musical artists).  Among those whose careers he has managed is American rap and hip hop artist Lil Wayne, whose affairs Mr. Sweeney managed for over 13 years.

### B.  BRIEF ANSWERS TO QUESTIONS

#### 1.  What precipitated the filing of the chapter 11 case:

In March 2018, Mr. Sweeney successfully resolved a lawsuit on Lil Wayne's behalf for which Mr. Sweeney was to receive 10% of the proceeds.  Had Mr. Sweeney been paid what he was owed by Lil Wayne, he would have received more than $20 million on account of his services.  Mr. Sweeney had intended to transition into semi-retirement following the settlement, but that retirement goal was dashed when, unexpectedly, Lil Wayne terminated his relationship with Mr. Sweeney on or about September 18, 2018.  At the time of his termination, Mr. Sweeney held no less than $3.8 million in accounts he managed for Lil Wayne.  Those amounts, however, were owed to Mr. Sweeney as commissions he had earned prior to the settlement referenced above.  His termination by Lil Wayne blocked Mr. Sweeney's ability to access those funds, thereby impairing his ability to pay creditors, including Morgan Stanley Private Bank ("MSPB"), which is owed approximately $5,532,000 and is secured by a senior deed of trust against his Malibu home, located at 31532 Victoria Point Road, Malibu California (the "Malibu Residence"),

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

the Internal Revenue Service ("IRS"), which holds a lien of close to $3 million and the California Franchise Tax Board, which holds a lien of approximately $240,000.

Mr. Sweeney's abrupt termination by Lil Wayne also ended any notion that Mr. Sweeney could then retire.

As set forth in section B.4. below, the termination resulted in a lawsuit filed by Lil Wayne against Mr. Sweeney and a counterclaim filed by Mr. Sweeney against Lil Wayne for the unpaid proceeds. The state court litigation in New York has been long and protracted. The substantial costs of Mr. Sweeney's litigation with Lil Wayne, and Lil Wayne's refusal to pay Mr. Sweeney what he is owed, caused Mr. Sweeney to suffer significant liquidity issues. Although there is substantial equity in the Malibu Residence,[1] defaults under his loan from MSPB resulted in MSPB seeking to foreclose on the Malibu Residence.

Mr. Sweeney had held out hope that his claims against Lil Wayne would resolve consensually so that Mr. Sweeney could pay his outstanding debts without being forced to file for bankruptcy or, alternatively, sell assets that would trigger significant capital gains taxes and potentially force him to sell the Malibu Residence and his New York residence.

But there has been no settlement. And with a trustee's sale of the Malibu Residence scheduled to take place on August 22, 2024, Mr. Sweeney was forced to commence this Chapter 11 case on August 21, 2024 (the "Petition Date"). Mr. Sweeney had commenced a Chapter 11 case on May 20, 2024 for the same purpose. But he represented himself in *pro per* in that case and was unable to timely prepare the Schedules, Statement of Financial Affairs and other initial case documents that needed to be filed. Consequently, his May 20, 2024 case was dismissed.

Mr. Sweeney's principal assets are comprised of the Malibu Residence, his New York residence and his art collection. Mr. Sweeney continues to generate income through the practice of law and management of music artists.

**2.     What the debtor in possession hopes to accomplish:**

The Debtor has substantial equity in his principal assets, including in his Malibu Residence, his residence in New York and his art collection. Furthermore, the claims in his

---

[1] Mr. Sweeney conservatively values the Malibu Residence at $12 million, meaning there is a substantial equity cushion available to creditors secured by that property.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

litigation against Lil Wayne are worth at least $20 million.

The Debtor filed this bankruptcy case in order to give himself breathing room to unlock the value of the equity in his assets. He is considering various options to do so, including, among others, through the sale of his collection of African American artwork, which he believes to be worth between $2-3 million, the sale of the Malibu Residence, the refinancing of his existing home loans (secured by the Malibu Residence and his separate residence in New York), and the negotiation of one or more additional loans secured by one or both of those residences. Mr. Sweeney also intends to continue litigating his claims against Lil Wayne to recover what is he owed. Mr. Sweeney will have to work out a deal to resolve and pay the IRS's tax claims and cure the defaults under MSPB's loan.

**3.      Principal business and financial problems facing the debtor in possession and how does the debtor in possession intend to address these problems:**

The Debtor's business and financial problems are tied to his present lack of liquidity. He does not presently have cash sufficient to cure the defaults on MSPB's loan and to pay the taxes he owes to the IRS and the California Franchise Tax Board. If he can successfully negotiate a payment plan with the IRS and refinance the Malibu Residence or his New York residence, he will have more than sufficient cash available to satisfy all of his outstanding debt obligations.

The Debtor hopes to accomplish his goals through refinancing one or both of his homes, through settlement and/or through a plan of reorganization.

**4.      The main legal disputes facing the debtor in possession and resolution:**

Separate from continuing to litigate his claims against Lil Wayne, the Debtor believes that the following will be the main issues in this bankruptcy case:

a.      The possible refinancing of the loans secured by the Malibu Residence or the Debtor's residence in New York or the possible sale of those properties;

b.      The possible sale of the Debtor's artwork;

c.      The negotiation of a plan to pay off the claims of the IRS.

As noted above, the Debtor intends to explore all reasonable avenues of unlocking the equity in his assets to allow him to maintain one or both of his residences.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1

**5.     Timing for confirmation of a plan:**

Because it may be possible to resolve this bankruptcy case without confirming a plan, the Debtor does not have a projection on when a disclosure statement and plan would be filed. He respectfully asks that the Court put off any disclosure statement and plan deadlines for now to allow him time to find the best, most cost-effective path to paying his creditors and preserving the value of his equity in his assets.  The Debtor respectfully requests that the Court set status conferences to monitor the progress of his efforts before determining whether and when disclosure statement and plan deadlines should be set.  In the meantime, the Debtor does intend to file one or more motions, pursuant to section 1121(d) of the Bankruptcy Code, to extend the timeframe in which he has the exclusive right to file and solicit votes in favor of a plan of reorganization.

**6.   Is the debtor in possession a "health care business" as defined in 11 U.S.C. § 101(27A)?**

No.

**7.   Is the debtor in possession a small business debtor as defined in 11 U.S.C. § 101(51D)?**

No.

**8.   Is this a single asset real estate case as contemplated in 11 U.S.C. § 101(51B)?**

No.

**9.   Compliance:**

The Debtor is in substantial compliance with the requirements of the US Trustee's Office and his duties under 11 U.S.C. §§ 521, 1106, and 1107, including the filing of his first Monthly Operating Report.  Nonetheless, on September 23, 2024, the US Trustee's Office filed a motion to dismiss or convert the Bankruptcy Case (the "Motion to Dismiss or Convert"),[2] asserting the following:

---

[2] The Motion to Dismiss or Convert has been set for hearing on October 22, 2024 at 1 pm.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1) The following 7 Day Package items remain outstanding:

   (a) Pre-Petition account statement for the month of August 2024 for CityNational Bank ("CNB") accounts ending in 2001 and 2036.

   (b) Evidence of established debtor-in-possession ("DIP") bank accounts and a copy of voided debtor-in-possession check.

   (c) Evidence of vehicle insurance for the 2008 Bentley Continental, that also lists the U.S. Trustee as a party of interest.

   (d) Evidence of vehicle insurance for the 2012 Range Rover, that also lists the U.S. Trustee as a party of interest.

   (e) Evidence of insurance for the Artwork (approximately 16 paintings and one statute), that also lists the U.S. Trustee as a party of interest.

   (f) Evidence of property insurance real property at 222 Riverside Dr., Unit PH5A, New York, New York, that also lists the U.S. Trustee as a party of interest.

   (g) List of inventory for all Artwork, including 16 paintings and one statute.

   (h) Conformed copies of recorded petition in each county in which real property is owned.

2) To date, current insurance policies for the following real/personal property have not been provided to the U.S. Trustee:

   (a) 2008 Bentley Continental vehicle.

   (b) 2012 Range Rover vehicle.

   (c) Artwork (approximately 16 paintings and one statute).

   (d) Real property at 222 Riverside Dr., Unit PH5A, New York, New York,

The Motion to Dismiss/Convert is not entirely accurate.

The Debtor did provide to the US Trustee (i) the Debtor's pre-petition account statement for the month of August 2024 for his CNB accounts ending in 2001 and 2036 (Item 1.(a)); (ii) evidence that he established DIP bank accounts and a copies of his voided DIP checks (Item

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1.(b));[3] (iii) a list of the inventory for all Artwork he owned as of the Petition Date (Item 1.(g));

and (iv) a conformed copy of recorded voluntary petition for Los Angeles County.[4]

As for Items 1.(c) and (d) and 2. (a) and (b), neither of the Debtor's automobiles are

driven or operated. Still, the Debtor has attempted to comply with the US Trustee's requirement

to obtain auto insurance for both vehicles, but his insurer has required that he provide his

evidence of title. Unfortunately, the Debtor cannot find it in his homes.  Consequently, he has

spent time at the Department of Motor Vehicles to obtain new evidence of title (the "pink slips"),

but it is unclear how long it will take to obtain that evidence.  In the meantime, the Debtor

believes he has found an insurance company willing to insure his automobiles without evidence

of title in place and is proceeding with that company to place the insurance.

The Debtor is in the process of placing insurance for his art collection (Items 1.(e) and

2.(c)).  That insurance should be in place shortly (within a matter of days).  The Debtor will

deliver evidence of that insurance as soon as it is issued.

The Debtor does have insurance in place for his Riverside Dr. residence.  He has not

received the declaration page for the policy from the insurance company.  He will deliver such

page once he receives it.  In the meantime, the Debtor will deliver to the US Trustee the insurance

policy binder that he has in his possession.  (Items 1.(f) and 2.(d))

All insurance policies referenced above either have or will have the US Trustee identified

as a notice party.

**10. Cash Collateral:**

There are no cash collateral issues to address in this bankruptcy case.

---

[3] The Debtor delivered voided DIP checks to the US Trustee prior to September 23.  The Debtor has not yet received signature cards for these accounts from CNB but will deliver those to the US Trustee as soon as he does receive them.

[4] The Debtor has tried to record its voluntary petition in the County of Manhattan, where his Riverside Dr. residence is located, but recordation has been challenging as the County of Manhattan does not offer a category for the recordation of bankruptcy petitions (nor is recordation of a bankruptcy petition a requirement of the US Trustee's office for Region 2, New York).  The Debtor, however, is continuing its efforts at recordation.

C.   **PROFESSIONALS**

The Debtor's application to employ Weintraub Zolkin Talerico & Selth LLP ("WZTS") as his general bankruptcy counsel was filed on September 11, 2024 ("WZTS Application") [Doc. No. 27] on negative notice.  The last day for NEF parties to object to the WZTS Application is September 25, 2024, with mail service parties having until September 30, 2024 to file any objections to the WZTS Application.  WZTS' estimated post-petition fees to date are approximately $20,000.  Because the method through which the Debtor will exit this bankruptcy case remains unclear, it is extremely difficult to estimate what its total fees will be by the time the Debtor is able to make that exit.

The Debtor anticipates filing an application to employ Reitler Kailas & Rosenblatt LLP as his special litigation counsel to continue prosecuting his state court claims against Lil Wayne, which application should be on file shortly. Although no decision has been made as yet, it is possible the Debtor also will need to employ a financial and/or tax advisor in the coming weeks.

D.   **PROJECTED INCOME AND EXPENSES FOR THE FIRST SIX MONTHS OF THE CASE**

Mr. Sweeney's projected income for the first six months of the bankruptcy case is attached as **Exhibit 2** to his declaration annexed hereto.

E.   **PROPOSED CLAIMS AND OBJECTIONS DEADLINES**

The Debtor proposes the following deadlines:

1.   Proposed Bar Date:  The Debtor proposes that the claims bar date be set at the instant status conference and that the general claims bar date be November 14, 2024.

2.   Other deadlines:  The Debtor respectfully requests that no bar date for avoidance actions or objections to claims be filed at this time.

F.   **LEASES AND EXECUTORY CONTRACTS**

The Debtor is party to two executory contracts:  (i) a consignment agreement with Michael Rosenfeld Gallery for sale of a painting owned by Debtor; and (ii) a listing agreement with The Mark & Grether Group/Compass for the Malibu Property.  The Debtor presently intends

to move forward with these agreements by assuming them or otherwise obtaining approval from

the Court to do so.

**G.     SALE OF ASSETS**

If refinancing of the MSPB loan is not available, the Debtor may need to sell the Malibu

Residence and/or some or all of his art collection.

Dated:  September 25, 2024            **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By _/s/ David B. Zolkin_____
            David B. Zolkin

Proposed Attorneys for Debtor,
RONALD E. SWEENEY

## DECLARATION OF RONALD E. SWEENEY

I, RONALD E. SWEENEY, hereby declare as follows:

1.      I am an individual over the age of eighteen and am the debtor and debtor in possession in the chapter 11 case presently pending before this bankruptcy court.

2.      I make this declaration in support of the *Debtor's Chapter 11 Status Conference Report* ("Status Report") to which this declaration is annexed.  Except as otherwise indicated herein, the statements made in this declaration are of my own personal knowledge, and, if called upon, I would and could competently testify to their truth.  Unless otherwise defined, all capitalized terms herein shall have the same meanings as ascribed to them in the Status Report.

3.      I am 70 year old entertainment attorney and personal manager (primarily for major musical artists).  I have been quite successful in my career, having spent time as an executive for Sony Music Corporate and Epic Urban Group prior to starting my own business as a personal manager and entertainment attorney.  Among those whose careers I have managed is American rap and hip hop artist Lil Wayne, whose affairs I managed for over 13 years.

4.      In March 2018, I successfully resolved a lawsuit on Lil Wayne's behalf, for which I would have received 10% of the proceeds, or at least $20 million, on account of my services.  I had intended at that time to semi-retire following payment of the settlement but, unfortunately, Lil Wayne abruptly terminated our relationship on or about September 18, 2018.  At the time of termination, I held no less than $3.8 million in accounts I managed for Lil Wayne, which were amounts owed to me as commissions I had earned prior to the settlement.  The termination blocked my ability to access the funds, and thus impaired my ability to pay my creditors, including Morgan Stanley Private Bank ("MSPB"), which is owed approximately $5,532,000 and is secured by a senior deed of trust against his Malibu home, located at 31532 Victoria Point Road, Malibu California (the "Malibu Residence"), the Internal Revenue Service ("IRS"), which holds liens against the Malibu Residence and my New York residence[5] of close to $3 million, and

_____

[5] Located at 222 Riverside Dr., Unit PH5A, New York, New York.

RONALD E. SWEENEY DECLARATION IN SUPPORT OF STATUS REPORT

the California Franchise Tax Board, which holds a lien of approximately $240,000. The termination also ended any notion that I could retire.

5.      In February 2019, Lil Wayne commenced an action against me in the state of New York - a vicious, meritless lawsuit in which he alleged causes of action for fraudulent inducement, legal malpractice, breach of fiduciary duty, unjust enrichment and various violations of business and professional code provisions of both California and New York law. I counterclaimed against Lil Wayne, asserting my entitlement to the millions of dollars that Lil Wayne owed but had refused to pay me.

6.      Lil Wayne's claims against me were summarily dismissed by the trial court in April 2021.[6] In January 2023, following multiple appeals by Lil Wayne, the New York Court of Appeals, the highest court in the state of New York, issued a final ruling that his claims against me were meritless. My claims against Lil Wayne, however, continue forward. I expect to go to trial in the state court litigation against Lil Wayne within the next 6-9 months.

7.      As a result of having incurred substantial costs in my litigation against Lil Wayne, and not having been paid the millions of dollars that he owes me, I fell into default on my home loan from MSPB. My default, in turn, caused MSPB to pursue a nonjudicial foreclosure of the Malibu Residence. With a trustee's sale of the Malibu Residence scheduled to take place on August 22, 2024, on August 21, 2024 (the "Petition Date"), I filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. I am continuing in the operation and management of my business as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

8.      My principal assets consist of the Malibu Residence[7], my residence in New York, my collection of African American artwork and, my claims against Lil Wayne.

---

[6] The Debtor understands that the only open issue that remains in Lil Wayne's action against him is what would constitute a reasonable fee to the Debtor under California law from the time of the Debtor's termination through to the present and for the future.

[7] I believe that the Malibu Residence, conservatively, has a value of at least $12 million, meaning there is a substantial equity cushion available to creditors secured by that property. As of the

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

RONALD E. SWEENEY DECLARATION IN SUPPORT OF STATUS REPORT

9.      I am aware that the US Trustee has filed a motion to dismiss or convert my bankruptcy case because it has not received certain information or documents.  But several of the items that the US  Trustee claims it has not received have been delivered to the US Trustee (as identified in the Status Report).  Other items, such as evidence of insurance for my two automobiles, my art collection and my New York residence are in the process of being obtained.

10.      I have attempted in good faith to comply with the US  Trustee's requirements and expect to be in full compliance in short order.

11.      For sake of clarity, although I do not use my automobiles (and have not used them in months), I have sought to obtain auto insurance for them.  My insurer, however, has required that I  provide evidence of my title for the vehicles and I have been unable to find the pink slips in my homes.  Consequently, I have spent time at the Department of Motor Vehicles to obtain new evidence of title.  But it is unclear how long it will take to obtain that evidence.  In the meantime, I have found an insurance company that I understand is willing to insure my cars without evidence of title in place and I am expeditiously proceeding with that company to place the insurance.

12.      I am also in the process of placing insurance for my art collection.  That insurance should be in place shortly (within a matter of days).  I will deliver evidence of that insurance as soon as it is issued.

13.      I have insurance in place for my New York residence, but I have not received the declaration page for the policy from the insurance company.  Again, I will deliver such page once I receive it.  In the meantime, I will deliver to the US Trustee the insurance policy binder that I have in my possession.  All insurance policies referenced above either have or will have the US Trustee identified as a notice party.

---

Petition Date, the Malibu Residence was on the market with a listing price of $13,950,00.  Zillow has ascribed a value to the Malibu Residence of $12,491,900.  Attached hereto as **Exhibit 1** is a true and correct copy of the Zillow webpage regarding the Malibu Residence.

RONALD E. SWEENEY DECLARATION IN SUPPORT OF STATUS REPORT

14.     Attached hereto as **Exhibit 2** is a projected budget for the first 6 months of this Bankruptcy Case.  These projections are based on my estimates of my income and expenses for the twelve months preceding the Petition Date.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed this 25th day of September, 2024, at Malibu, California.



RONALD E. SWEENEY

RONALD E. SWEENEY DECLARATION IN SUPPORT OF STATUS REPORT

# EXHIBIT 1

# Zillow – Malibu Property

**EXHIBIT 1 - Page 14**

31532 Victoria Point Rd, Malibu, CA 90265 | MLS #23-339346 | Zillow                    9/25/24, 12:23 PM



‹  Back to search                        ⌂ **Zillow**®                              ♡ Save



For sale







# $13,950,000

31532 Victoria Point Rd, Malibu, CA 90265

| **4** | **5** | **4,419** |
| beds | baths | sqft |

Est.: **$86,937/mo**   ✏   **Get pre-qualified**

🏠 Residential                    🔨 Built in 1979                  📍 9,226 sqft lot

🏡 $12,473,000 Zestimate®         📊 $3,157/sqft                   🪴 $-- HOA

https://www.zillow.com/homes/31532-Victoria-Point-Rd-Malibu,-CA-90265_rb/20557742_zpid/

EXHIBIT 1 - Page 15

**What's special**

**PANORAMIC OCEAN VIEWS OCEANFRONT RETREAT BREAKFAST BAR OCEAN VIEW MASTER
SUITE PRIVATE DECK GRAND ENTERTAINING AREAS LAVISH BEDROOMS**

A true oceanfront retreat in the coveted gated community of Victoria Point! This multi-level
enclave features jaw-dropping, panoramic ocean views from nearly every room. Gaze out to the
waves breaking uniquely far from shore, passing sea life, and the sandy coastline of Broad
Beach all the way to Point Dume. Enjoy direct access to a very secluded, sandy cove below
which has beautiful rock formations, tide pools, sea caves, and a surf break. Inside, the light and
bright interior is an idyllic blend of grand entertaining areas, lavish bedrooms, and peaceful
spaces to unwind. The living room has vaulted, wood-beamed ceilings, a wet bar, oversized
windows, and a casual flow that leads you out onto an oceanfront deck with unobstructed
views. The kitchen includes a breakfast bar, dual ovens, and a walk-in pantry. On the second
story, a lavish ocean view master suite boasts a fireplace, attached study/office, a private deck
spanning the entire level, and an expansive bathroom with a soaking tub and walk-in closet.
There is another guest bedroom on the second story, and two additional bedrooms on the
ground level for family and friends, each with easy access to a magnificent oceanfront patio
with a spa. A true gateway to the Malibu lifestyle, this prestigious, tropical-feeling sandy cove is
one of Malibu's best-kept secrets.

**319 days**
on Zillow
|
**578**
views
|
**17**
saves
Zillow last checked: 15 minutes ago
Listing updated: August 15, 2024 at 08:50am
Also listed on CLAW
Listed by:
Russell Grether DRE # 01836632 310-230-5771,
Compass 310-230-5744,
Tony Mark DRE # 01205648 310-230-5771,
Compass



Source: CLAW,MLS#: 23-330943

EXHIBIT 1 - Page 16



**Travel times**

EXHIBIT 1 - Page 17

# EXHIBIT 2

# 6-Month Projections

**EXHIBIT 2 - Page 18**

**Ronald E. Sweeney**                                  Case #:        **9:24-bk-10954-RC**
6 Month Projections

|  | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY |
|---|---|---|---|---|---|---|
| **ESTIMATED INCOME** | | | | | | |
| Employment | 50,000.00 | 85,000.00 | 85,000.00 | 85,000.00 | 85,000.00 | 85,000.00 |
| Social Security | 2,116.20 | 2,116.20 | 2,116.20 | 2,116.20 | 2,116.20 | 2,116.20 |
| TOTAL ESTIMATED INCOME | 52,116.20 | 87,116.20 | 87,116.20 | 87,116.20 | 87,116.20 | 87,116.20 |
| | | | | | | |
| **ESTIMATED PERSONAL EXPENSES** | | | | | | |
| Mortgage - CA | 35,326.66 | 35,326.66 | 35,326.66 | 35,326.66 | 35,326.66 | 35,326.66 |
| Property Insurance - CA | 2,807.32 | 2,807.32 | 2,807.32 | 2,807.32 | 2,807.32 | 2,807.32 |
| Earthquake Insurance - CA | 517.00 | 517.00 | 517.00 | 517.00 | 517.00 | 517.00 |
| Home Maintenance, Upkeep | 1,090.00 | 1,090.00 | 1,090.00 | 1,090.00 | 1,090.00 | 1,090.00 |
| Mortgage - NY* | 16,185.27 | 10,816.00 | 10,816.00 | 10,816.00 | 10,816.00 | 10,816.00 |
| Property Insurance - NY | 1,695.46 | 1,695.46 | 1,695.46 | 1,695.46 | 1,695.46 | 1,695.46 |
| HOA/Condo Dues | 4,035.17 | 4,035.17 | 4,035.17 | 4,035.17 | 4,035.17 | 4,035.17 |
| Insurance - Excess Liability | 277.00 | 277.00 | 277.00 | 277.00 | 277.00 | 277.00 |
| Insurance - Auto | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 |
| Insurance - Medical | 590.00 | 590.00 | 590.00 | 590.00 | 590.00 | 590.00 |
| Groceries and Toiletries | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| Medical Expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Transportation | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Clothing/Dry Cleaning | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Utilities (Water, Power, Gas) | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 |
| Telephone, Internet, Cable | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 |
| **ESTIMATED OTHER EXPENSES** | | | | | | |
| Estimated self-employment tax | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Avalon Bay Communities | 4,600.00 | 4,600.00 | 4,600.00 | 4,600.00 | 4,600.00 | 4,600.00 |
| | | | | | | |
| TOTAL ESTIMATED EXPENSES | 86,010.88 | 80,641.61 | 80,641.61 | 80,641.61 | 80,641.61 | 80,641.61 |

*The Debtor understands and believes the lender on the NY property will agree or has agreed to amortize arrearages and reduce monthly payments to $10,816 starting October 2024

**EXHIBIT 2 - Page 19**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF RONALD E. SWEENEY IN SUPPORT THEREOF**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 25, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- [Proposed] Attorneys for Debtor Ronald A. Sweeney:  **David B Zolkin, James R Selth**:  dzolkin@wztslaw.com; jselth@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Courtesy NEF/Interested Party:  **Jennifer C Wong**:  bknotice@mccarthyholthus.com; jwong@ecf.courtdrive.com
- United States Trustee (ND):  ustpregion16.nd.ecf@usdoj.gov; **Brian David Fittipaldi**:  brian.fittipaldi@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September 25, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  September 25, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ronald A Clifford III (via Priority Mail)
United States Bankruptcy Judge
1415 State St, Suite 233
Santa Barbara, CA 93101-2511

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 25, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-9
Case 9:24-bk-10954-RC
Central District of California
Santa Barbara
Wed Sep 25 14:59:03 PDT 2024

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

Charles & Merryl Zegar
240 Riverside Blvd., Apt. 16A
New York, NY 10069-1031

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Frankfurt Kurnit Klein & Selz PC
28 Liberty St.
New York, NY 10005-1444

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Janyne Preston
3091 South Le Jeune Road
Coral Gables, FL 33134-6702

McPherson LLP
1900 Avenue of the Stars, 25th Fl.
Los Angeles, CA 90067-4506

Michael Rosenfeld Gallery
100 11th Ave.
New York, NY 10011-2858

Morgan Stanley Private Bank, N.A.
2000 Westchester Ave.
Purchase, NY 10577-2539

~~Patricia Sweeney~~
~~31532 Victoria Point Rd.~~
~~Malibu, CA 90265-2638~~
**Insider**

Reitler Kailas & Rosenblatt LLP
885 3rd Ave., 20th Fl.
New York, NY 10022-4834

~~Ron Sweeney and Company, LLC~~
~~31532 Victoria Point Rd.~~
~~Malibu, CA 90265-2638~~
**Insider**

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Sothebys New York
1334 York Ave.
New York, NY 10021-4806

The Mark & Grether Group /Compass
24903 Pacific Coast Hwy., Suite 200
Malibu, CA 90265-4734

Trustee Corps
17100 Gillette Ave.
Irvine, CA 92614-5603

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Zwicker & Associates, P.C.
80 Minuteman Rd.
Andover, MA 01810-1008

~~David B Zolkin~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Ste 730~~
~~Los Angeles, CA 90025-6577~~
**N/A-Filing Attorney**

~~James R Selth~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd.~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
**N/A-Filing Attorney**

Ronald E. Sweeney
222 Riverside Dr., PH5A
New York, NY 10025-6809